IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>YENRRY CARCASES HARRIS,<br><br>　　　Defendant. | CR 12–1–M–DLC<br><br><br>ORDER |

Before the Court is the United States of America's unopposed motion to dismiss indictment and quash warrant. (Doc. 37.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 37) is GRANTED. The indictment in the above-captioned matter is DISMISSED.

IT IS FURTHER ORDERED that the arrest warrant issued on January 23, 2012 is QUASHED.

DATED this 24th day of March, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1